UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-278(10)(PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| MONICA LORENA THOMAS, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on the government's motion to seal. NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is granted.

Dated: January __30__, 2009

S/Paul A. Magnuson
THE HONORABLE PAUL A. MAGNUSON
United States District Judge
District of Minnesota